# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KEVIN MATHERLY § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. A:06-CA-197-SS |
| § | |
| COMPUTER SCIENCES § | |
| CORPORATION § | |
| § | |
| Defendant. § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Kevin Matherly ("Plaintiff") and Defendant Computer Sciences Corporation ("Defendant") hereby file this Joint Motion to Dismiss With Prejudice. All matters in controversy between the parties have been fully compromised and settled, and the parties no longer desire to prosecute this lawsuit. Accordingly, Plaintiff and Defendant jointly request that the Lawsuit and each of the claims asserted therein be dismissed with prejudice as to Plaintiff to refiling same against Computer Sciences Corporation.

WHEREFORE, the parties request that the Court grant this Joint Motion to Dismiss With Prejudice and enter the Agreed Order of Dismissal With Prejudice as proposed by the parties, with costs and attorney's fees taxed against the party incurring same.

DATED: June 14, 2007                                    Respectfully submitted,


                                             /s/ Greg Reed
                                             Greg Reed
                                             State Bar No. 16677750
                                             BEMIS, ROACH & REED LLP
                                             4100 Duval Road, Bldg. I, Suite 200
                                             Austin, Texas 78759
                                             Telephone: (512) 454-4000
                                             Facsimile:  (512) 453-6335

                                             **ATTORNEY FOR PLAINTIFF**
                                             **KEVIN MATHERLY**


                                             /s/ Cody L. Towns
                                             Michael P. Lynn, P.C.
                                             State Bar No. 12738500
                                             Cody L. Towns
                                             State Bar No. 24034713
                                             Aaron R. Miller
                                             State Bar No. 24037110
                                             LYNN TILLOTSON & PINKER, L.L.P.
                                             750 North St. Paul Street, Suite 1400
                                             Dallas, Texas 75201
                                             Telephone: (214) 981-3800
                                             Facsimile:  (214) 981-3839

                                             **ATTORNEYS FOR DEFENDANT**
                                             **COMPUTER SCIENCES**
                                             **CORPORATION**